IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHAD ANDREW STITES,

    Petitioner,

v.

DEIRDRE A. MORGAN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-663-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Chad Andrew Stites for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust state remedies.

_____       10/22/2012
Peter Oppeneer, Clerk of Court      Date