IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD ANDREW STITES,

     Petitioner,                       JUDGMENT IN A CIVIL CASE

v.                                     Case No. 12-cv-663-wmc

DEIRDRE A. MORGAN,

     Respondent.

---

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that the petition of Chad Andrew Stites for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust state remedies.

_____      _____
Peter Oppeneer, Clerk of Court                   Date